(95 South. 269)

**Ex parte RUMSEY et al.  (5 Div. 844.)**

(Supreme Court of Alabama.  Jan. 18, 1923.)

Certiorari to Court of Appeals.

Action by Z. D. McCord against R. S. Rumsey and others. A judgment granting motion for new trial and rendering judgment for defendant was reversed and rendered by the Appellate Court (95 South. 268), and defendants bring certiorari. Writ denied.

Riddle & Riddle, of Talladega, for petitioners.
James W. Strother, of Dadeville, opposed.

THOMAS, J. Petition of R. L. Rumsey, J. N. Bridges, and Cleve Hawkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Z. D. McCord v. R. L. Rumsey et al., 95 South. 268.

Writ denied.